**DISMISS and Opinion Filed September 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00004-CV

## RIDGECREST HOLDINGS, LLC AND 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Appellants
## V.
## CITY OF DALLAS, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-12419

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the parties' September 13, 2019 agreed motion to dismiss the appeal.

We grant the motion and dismiss the appeal.


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190004F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RIDGECREST HOLDINGS, LLC AND 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Appellants

No. 05-19-00004-CV          V.

CITY OF DALLAS, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-12419.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered September 23, 2019